THE STATE, *Appellant*, v. SEBECCA.

**Practice, Criminal.** Under the act of 1877 in relation to misdemeanors, (Sess. Acts, p. 355, § 6,) no prosecution founded upon an affidavit alone could be sustained. It was necessary that there should be an information by the prosecuting attorney based upon the affidavit.

*Appeal from Oregon Circuit Court.*—HON. J. R. WOODSIDE, Judge.

AFFIRMED.

*D. H. McIntyre*, Attorney General, for the State.

*Woodside & Seay* for respondent.

HOUGH, J.—The defendant was proceeded against by affidavit charging him with practicing medicine without

having filed his diploma or registered his name in the county clerk's office as provided by statute. No information based upon said affidavit was filed by the prosecuting attorney as required by law, (Acts 1877, p. 355, § 6,) and the proceeding was properly dismissed by the circuit court. The judgment will be affirmed. The other judges concur.